1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| LOUISE CORMIER, | 2:11-CV-2071 JCM (PAL) |

LOUISE CORMIER,

        Plaintiff,

v.

ERIC K. SHINSEKI, SECRETARY,

        Defendant.

2:11-CV-2071 JCM (PAL)

**ORDER**

Presently before the court is plaintiff Louise Cormier's notice of voluntary dismissal (doc. #3).  Defendant has not responded.

Pursuant to Rule 41(a)(1), a "plaintiff may dismiss an action without court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

No defendant has been served or appeared in this case.  Accordingly, this case may be dismissed pursuant to Rule 41(a)(1).

Therefore,

IT IS HEREBY ORDERED that the clerk of the court file the complaint (doc. #1-1) attached to plaintiff's motion to proceed in forma pauperis.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1      IT IS FURTHER ORDERED that plaintiff's complaint be, and the same hereby is,

2   DISMISSED.

3          DATED February 23, 2012.

4

5   _____

6   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -